Case Name: MOE-MUMMA, MARY
Case No:      07-70326

## CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated:1/24/08        WILLIAM T. NEARY
             United States Trustee, Region 11



       BY:  */s/ Carole J. Ryczek*
          CAROLE J. RYCZEK
          Attorney for the U.S. Trustee