UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MOE-MUMMA, MARY | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70326 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-2483 13-7581829<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on February 25, 2008 at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 890.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 2,750.07 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 31.02 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 20,000.65

    b. Disbursements      $ 0.00

    c. Net Cash Available for Distribution      $ 20,000.65

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $16,329.56, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $15,866.46.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

\_\_\_\_1/24/08_____s/s Joseph D. Olsen_____
DATE

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0326   Doc 29   Filed 02/04/08   Entered 02/07/08 00:44:58   Desc Imaged
         Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3                  User: cbachman                  Page 1 of 1                  Date Rcvd: Feb 04, 2008
Case: 07-70326                        Form ID: pdf002                 Total Served: 23

The following entities were served by first class mail on Feb 06, 2008.
db           +Mary Moe-Mumma,    3707 Guilford Rd,   Rockford, IL 61107-3563
aty          +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Craig A Willette,    Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty          +Joseph D. Olsen,,    Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
tr           +Joseph D Olsen,    Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
11184526      AAA Financial Services,    PO Box 15026,   Wilmington, DE 19850-5026
11184527      Capital One Bank,    Bankruptcy Department,   PO Box 85167,   Richmond, VA 23285-5167
11184528     +Catherines,   Customer Service,    PO Box 26706,   Tucson, AZ 85775-0001
11455732     +Charming Shoppes/Catherines,    C/O First Express,   PO Box 856044,   Louisville, KY 40285-6044
11184529      Chase,   PO Box 15298,   Wilmington, DE 19886-5153
11438739      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,   PO Box 3978,   Seattle, WA 981243978
11184531      Eastern Collection Corporation,    PO Box 878,   Sayville, NY 11782-0878
11456463     +FDS Bank/Macy's,    c/o Tsys Debt Mgmt., Inc.,   PO Box 137,   Columbus, GA 31902-0137
11456459     +FDS Bank/Premier Visa,    c/o Tsys Debt Mgmt., Inc.,   PO Box 137,   Columbus, GA 31902-0137
11184532      Freedom Mortgage Corp,    PO Box 8068,   Virginia Beach, VA 23450-8068
11184533      HSBC Card Services,    PO Box 81622,   Salinas, CA 93912-1622
11184534     +Macy's,   111 Boulder Industrial Drive,    Bridgeton, MO 63044-1241
11184535      Macy's Visa,    PO Box 689194,   Des Moines, IA 50368-9194
11437151     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
               Des Moines, IA 50306-9210
11184536     +Wells Fargo Card Services,    PO Box 10347,   Des Moines, IA 50306-0347
11184537      Wells Fargo Financial Bank,    PO Box 5943,   Sioux Falls, SD 57117-5943
11542217      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Feb 05, 2008.
11184530      E-mail/Text: DSTAFFORD@CPSINC.BIZ                           Creditors Protection Service, Inc.,
               PO Box 4115,   Rockford, IL 61110-0615
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2008**          **Signature:** *[signature: Joseph Speetjens]*