**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326

**IMAGES**



002410301024 MAR 13 #0000000101 $890.00



002410301024 MAR 13 #0000000101 $890.00



002410301025 MAR 13 #0000000102 $2,750.07



002410301025 MAR 13 #0000000102 $2,750.07



Exhibit "A"

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326





002410301026 MAR 13 #0000000103 $31.02



002410301026 MAR 13 #0000000103 $31.02



104910690638 MAR 05 #0000000104 $7,117.36



104910690638 MAR 05 #0000000104 $7,117.36



**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326



105610206940 MAR 04 #0000000105 $5,736.76



105610206940 MAR 04 #0000000105 $5,736.76



005010108807 MAR 07 #0000000106 $309.30

005010108807 MAR 07 #0000000106 $309.30

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326



102810408720 MAR 04 #0000000107 $1,040.13



102810408720 MAR 04 #0000000107 $1,040.13



002810408719 MAR 04 #0000000108 $934.40



002810408719 MAR 04 #0000000108 $934.40

Page 5 of 9

# JPMorganChase

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**




008870414051 MAR 05 #0000000109 $728.51



008870414051 MAR 05 #0000000109 $728.51



004910690637 MAR 05 #0000000110 $218.06



004910690637 MAR 05 #0000000110 $218.06

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326



105610206939 MAR 04 #0000000111 $175.76



105610206939 MAR 04 #0000000111 $175.76



005010111148 MAR 07 #0000000112 $9.48



005010111148 MAR 07 #0000000112 $9.48

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326



102810408718 MAR 04 #0000000113 $31.87



102810408718 MAR 04 #0000000113 $31.87



002810408717 MAR 04 #0000000114 $28.63



002810408717 MAR 04 #0000000114 $28.63

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177554766**

ACCOUNT # 000312177554766
MOE-MUMMA MARY
07-70326




008870414052 MAR 05 #0000000115 $22.32



008870414052 MAR 05 #0000000115 $22.32

**JPMorganChase** ◯

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 01, 2008 through March 31, 2008
Account Number: **000312177554765**

## CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**



00016918 DBI 802 24 09208 - NNN  1  000000000  60 0000
07-70326 MOE-MUMMA MARY
DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $12.84 |

This account earns interest daily and the current interest rate is 0.17%.

The total interest paid this year is $12.84.

Interest paid in 2007 for account 000312177554765 is $10.83.

Exhibit "B"